# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

**Before**

MICHAEL S. KANNE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 10-3028

UNITED STATES OF AMERICA,
      *Plaintiff-Appellee,*

      *v.*

ERICK MARTINEZ,
      *Defendant-Appellant.*

Appeal from the United States District
Court for the Northern District of
Illinois, Eastern Division.

No. 03 CR 621-5

Amy J. St. Eve,
*Judge*.

**ORDER**

The slip opinion of June 16, 2011, is amended as follows:

Page 8, first full paragraph, line 1, "him" is deleted.